FILED
JUL 11 2018
Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br><br>Facebook profile for Nick Spalding with the following URL: https://www.facebook.com/profile.php?id=100010856298822&pnref=friends.search | MJ-18-35-M-JCL<br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 11th day of July, 2018.

Jeremiah C. Lynch
United States Magistrate Judge